UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

VINCENT A. DUVAL, JR.,

    Plaintiff,
v.                                          Case No. 8:25-cv-139-WFJ-CPT
TRANS UNION,

    Defendant.
_____/

## ORDER

Before the Court is Plaintiff's motion to proceed *in forma pauperis* (Dkt. 2) and the United States Magistrate Judge's report recommending that the motion be denied and the complaint (Dkt. 1) be dismissed without prejudice and without leave to amend (Dkt. 4). The time for filing objections has passed.

Absent objection, the Court conducts a "careful and complete" review of the report and recommendation. *Williams v. Wainwright*, 681 F.2d 732, 732 (11th Cir. 1982 (*per curiam*) (quotation citation omitted). "Clear error" review applies to portions of the report and recommendation to which no objection is made. *Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006) (*per curiam*) (quotation citation omitted). Legal conclusions are reviewed *de novo* in the absence of an objection. *See LeCroy v. McNeil*, 397 F. App'x 554, 556 (11th Cir. 2010) (citation omitted); *Cooper-Houston v. S. Ry. Co.*, 37 F.3d 603, 604 (11th Cir. 1994). The

Court may accept, reject, or modify, in whole or in part, the Magistrate Judge's report and recommendation. 28 U.S.C. § 636(b)(1); *Williams*, 681 F.2d at 732.

After reviewing the complaint and the motion to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915(a), United States Magistrate Judge Tuite found the complaint failed both to satisfy procedural pleading requirements and to allege a cognizable cause of action. On April 28, 2025, an order was entered directing Plaintiff Mr. Duval to file an amended complaint by May 26, 2025, or suffer dismissal. No amended complaint has been filed.

After conducting a complete and independent examination of the file, the Court agrees with the Magistrate Judge's thorough analysis and rules as follows:

1. The Report and Recommendation (Dkt. 4) is adopted, confirmed, and approved in all respects and made a part of this order.
2. Plaintiff's motion to proceed *in forma pauperis* (Dkt. 2) is denied.
3. Plaintiff's complaint (Dkt. 1) is dismissed without prejudice.
4. The Clerk is directed to terminate any pending deadlines and close the case.

**DONE AND ORDERED** at Tampa, Florida, on June 17, 2025.

WILLIAM F. JUNG
UNITED STATES DISTRICT JUDGE

**COPIES FURNISHED TO:**
Plaintiff, *pro se*